KATHY E. MOUNT (SBN 104736)
kmount@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 - 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF DALY CITY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RODRIGUEZ<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY<br><br>Defendant. | Case Number: C-07-00383 CRB<br><br>STIPULATION AND <s>[PROPOSED]</s> ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION<br><br>Complaint Filed: January 19, 2007<br>Trial Date: Not set |

THE PARTIES HEREBY STIPULATE to the following:

1. The deadline in which to complete Mediation is extended to October 31, 2007.

Dated: June 11, 2007        MEYERS, NAVE, RIBACK, SILVER & WILSON

By_____
Kathy E. Mount
Attorneys for Defendant
City of Daly City

Dated: June 11, 2007        RAINS, LUCIA & WILKINSON LLP

By_____
Alison Berry Wilkinson
Attorneys for Plaintiffs
Jeff Rodriguez et al.

1

Stipulation and [Proposed] Order Extending                    Case No. C-07-00383 CRB
Deadline to Complete Mediation

ORDER

1  The deadline in which to complete mediation is hereby extended to October 31, 2007.

2  IT IS SO ORDERED.

Dated: __june 14, 2007

Hon. Charles R. Breyer
U.S. District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

975700