KATHY E. MOUNT (SBN 104736)
kmount@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 - 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF DALY CITY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RODRIGUEZ<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY<br><br>    Defendant. | Case Number: C-07-00383 CRB<br><br>STIPULATION AND<br>[PROPOSED] ORDER<br>EXTENDING DEADLINE TO<br>COMPLETE MEDIATION<br><br>Complaint Filed: January 19, 2007<br>Trial Date: Not set |

THE PARTIES HEREBY STIPULATE to the following:

1. The deadline in which to complete Mediation is extended to November 30, 2007.

Dated: October 18, 2007        MEYERS, NAVE, RIBACK, SILVER & WILSON

                               By_____
                                  Kathy E. Mount
                                  Attorneys for Defendant
                                  City of Daly City

Dated: October 18, 2007        RAINS, LUCIA & WILKINSON LLP

                               By_____
                                  Alison Berry Wilkinson
                                  Attorneys for Plaintiffs
                                  Jeff Rodriguez et al.

1

Stipulation and [Proposed] Order Extending                              Case No. C-07-00383 CRB
Deadline to Complete Mediation

## ORDER

The deadline in which to complete mediation is hereby extended to November 30, 2007.

IT IS SO ORDERED.

Dated: Oct. 19, 2007



Hon. Charles R. Breyer
U.S. District Court Judge

975700