KIMBERLY E. COLWELL (SBN 127604)
kcolwell@meyersnave.com
SAMANTHA W. ZUTLER (SBN 238514)
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 - 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

KELLY SCHOTT (SBN 197514)
kschott@dalycity.org
Assistant City Attorney
City of Daly City
333 - 90th Street
Daly City, CA 94015-1895
Telephone: (650) 991-8122
Facsimile: (650) 991-5759

Attorneys for Defendant
CITY OF DALY CITY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF DALY CITY,<br><br>Defendant. | Case Number: C-07-00383 CRB<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION** |

The parties, by and through their counsel of record, below, do hereby submit this Stipulation and Proposed Order regarding extending the current deadline to complete mediation.

///



FILE No.790 06/11 '08 10:09 ID: FAX: PAGE 2/ 4

## RECITALS

WHEREAS, the parties to this action participated in mediation before Court-appointed mediator Eric Angstadt on November 28, 2007;

WHEREAS, the action did not settle;

WHEREAS, the parties and mediator agreed that the parties would return for a follow up mediation session on June 16, 2008; and

WHEREAS, the parties are currently engaged in settlement negotiations, such that the parties believe that mediation at this time would be unnecessary.

## STIPULATION

NOW THEREFORE, the parties in this action, by and through their respective counsel below, hereby agree and stipulate that the deadline by which the parties are to complete the follow up mediation session be extended from June 16, 2008 to July 31, 2008.

SO STIPULATED.

Dated: June 11, 2008

MEYERS NAVE RIBACK SILVER & WILSON

By: ______________________
Samantha W. Zutler
Attorneys for Defendant
CITY OF DALY CITY

Dated: June 11, 2008

RAINS LUCIA & STERN

By: ______________________
Harry Stern
Attorneys for Plaintiff
JEFF RODRIGUEZ



FILE No.790 06/11 '08 10:09 ID: FAX: PAGE 3/ 4

**ORDER**

The deadline by which the parties are to complete the follow up mediation session in this matter shall be extended from June 16, 2008 to July 31, 2008.

IT IS SO ORDERED.

The case management conference is continued to August 8, 2008 at 8:30 a..m..

DATED: June 12, 2008

The Honorable Charles R. Breyer
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

1107451_1



FILE No.790 06/11 '08 10:10 ID: FAX: PAGE 4/ 4