1  Harry S. Stern (SBN 176854)
   Peter Hoffmann (SBN 254354)
2  **RAINS LUCIA STERN, P.C.**
   2300 Contra Costa Blvd., Suite 230
3  Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
   Fax: (925) 609-1690
5  Email: phoffmann@rlslawyers.com

6
   Attorneys for Plaintiff
7  JEFF RODRIGUEZ and all Consentors

8  Samantha Zutler (SBN 238514)
   **MEYERS, NAVE, RIBACK, SILVER & WILSON**
9  555 12th Street, Suite 1500
10 Oakland, CA 94607
   Tel: (510) 808-2000
11 Fax: (510) 444-1108
   Email: szutler@meyersnave.com
12
13 Attorneys for Defendant
   CITY OF DALY CITY
14

15

16                IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18 | **JEFF RODRIGUEZ**       ) Case Number: C 07-00383 CRB
19 |                          )
   |        Plaintiff,        ) **STIPULATION AND ORDER FOR**
20 |                          ) **CONTINUANCE OF CASE MANAGEMENT**
   | v.                       ) **CONFERENCE DUE TO PENDING**
21 |                          ) **SETTLEMENT**
22 | **CITY OF DALY CITY**    )
   |                          ) Date:      August 8, 2008
23 |        Defendant.        ) Time:      8:30 a.m.
   |                          ) Courtroom: 8
24 |                          ) Judge:     Hon. Charles R. Breyer
25 |_____)

26

27

28
   *JEFF RODRIGUEZ V. CITY OF DALY CITY*
   STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DUE
   TO PENDING SETTLEMENT

1 | The Parties to the above-entitled action jointly submit this Stipulation and Order for Continuance of Further Case Management Conference Due to Pending Settlement and request the Court to continue the further case management conference currently scheduled to take place on August 8, 2008 at 8:30 a.m.

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that:

1. Since the parties participated in mediation before Court-appointed mediator Eric Angstadt on November 28, 2007, the parties have been engaged in extensive settlement negotiations;

2. On or about June 12, 2008, the parties arrived at a comprehensive settlement of this matter;

3. The parties are in the process of finalizing all terms and conditions pertaining to this settlement, and anticipate timely approval of the proposed settlement from the City Council and from each consenting Plaintiff. The parties anticipate being able to submit a final settlement agreement to this Court for its approval in the next few weeks;

4. Due to the pending settlement, and to avoid incurring further fees and costs in this matter, the parties jointly request that the Further Case Management Conference currently scheduled to take place on August 8, 2008 at 8:30 a.m. be continued to September 12, 2008, by which time the parties expect to have a fully executed settlement agreement (and related documents) to present to the Court for approval.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 3, 2008                     **RAINS LUCIA STERN, P.C.**

/ s /

By: Peter A. Hoffmann
Attorneys for Plaintiff Jeff Rodriguez and all Consenters

1

1 | Dated: July 3, 2008

MEYERS, NAVE, RIBACK, SILVER & WILSON

/ s /

By:  Samantha Zutler
Attorneys for Defendant City of Daly City

**IT IS SO ORDERED.**

Dated: __July 7, 2008_____

The Honorable Charles Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2

*JEFF RODRIGUEZ V. CITY OF DALY CITY*
**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DUE TO PENDING SETTLEMENT**